**CARMAGNOLA & RITARDI, LLC**
Domenick Carmagnola, Esq. (038951988)
60 Washington Street, Suite 300
Morristown, NJ 07960
(973) 267-4445
(973) 267-4456 (FAX)
dcarmagnola@cr-law.net
Attorneys for Defendants, Robert Bosch North America Corporation, Robert Bosch Packaging Technology, Inc. and Phil Metzger



CLOSED

| | |
|---|---|
| JAY EBANKS, | IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | Civil Action No.: 2:17-cv-06671-ES-JAD |
| -vs- | |
| ROBERT BOSCH NORTH AMERICA CORPORATION, individually and d/b/a BOSCH, ROBERT BOSCH PACKAGING TECHNOLOGY, INC., individually and d/b/a BOSCH and PHIL METZGER, individually. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| Defendants. | |

The Plaintiff, Jay Ebanks, voluntarily stipulates pursuant to F.R.C.P. 41 that all claims raised or that could have been raised in the above-captioned action, against Robert Bosch North America Corporation, Robert Bosch Packaging Technology, Inc., and Phil Metzger, be and are hereby dismissed with prejudice and without costs.

**PHILLIPS & ASSOCIATES, PLLC**

By: /s/ Bryan S. Arce Esq.
    Bryan S. Arce, Esq. (025882009)
    Attorneys for Plaintiff, Jay Ebanks

Dated: July 18, 2018

**CARMAGNOLA & RITARDI, LLC**

By: /s/ Domenick Carmagnola
    Domenick Carmagnola (038951988)
    Attorneys for Defendants, Robert Bosch North America Corporation, Robert Bosch Packaging Technology, Inc. and Phil Metzger

Dated: July 18, 2018
**STUART & JOHNSON, LLC *(PRO HAC VICE)***

By: /s/ Matthew A. Hood, Esq.
    Matthew A. Hood, Esq. (1974)
    Attorneys for Defendants
    Dated: July 18, 2018

*So Ordered*
/s/ Joshua Jenks, U.S.D.J.
7/19/18